TONI WHITE
CA Bar No. 210119
Law Office of Toni White
P.O. Box 1068
Placerville CA 95667
Tel (530) 885-6244
Attorney for Eliza Paulette Cortez Ramirez

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZA PAULETTE CORTEZ RAMIREZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, ET AL,<br><br>Respondents. | Case No.: 1:26-cv-1891 TLN EFB (HC)<br><br><br>**REQUEST TO EXTEND DUE DATE FOR FILILNG OF REPLY** |

For the reasons referenced below, Counsel Toni White, on behalf of Petitioner Eliza Paulette Cortez Ramirez, requests that the due date for filing of Petitioner's Reply be extended to April 30, 2026. The undersigned has been able to complete one legal call with Ms. Ramirez but a further call is needed to discuss issues raised in the Government's Answer. The undersigned is tasked with navigating the DHS visit system, the facility schedule and interpreter availability. More time is needed to effectuate the legal call due to the coordination involved. A legal call is scheduled for April 24, 2026.

Given the above-referenced facts, it is requested that the due date for Petitioner's Reply be continued until April 30, 2026.

- 1 –

Dated: April 16, 2026                                    Respectfully submitted,

                                                         /s/ Toni White
                                                         TONI WHITE
                                                         ATTORNEY FOR PETITIONER
                                                         Eliza Paulette Cortez Ramirez


                              [PROPOSED] ORDER

        IT IS SO FOUND AND ORDERED.

        IT IS ORDERED that counsel for Petitioner shall file her Reply on or before April 30, 2026.


Dated:  April 20, 2026                          _____
                                                         EDMUND F. BRENNAN
                                                         UNITED STATES MAGISTRATE JUDGE

- 2 –