UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZA PAULETTE CORTEZ RAMIREZ,

        Petitioner,

      v.

WARDEN,

        Respondent.

No.  1:26-cv-01891-TLN-EFB (HC)

ORDER

Petitioner seeks an extension of time to May 8, 2026 to file her reply brief.  ECF No. 13. Good cause appearing, the motion is GRANTED, and petitioner shall file her reply brief on or before May 8, 2026.

    So ordered

Dated: May 4, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1