TONI WHITE
CA Bar No. 210119
Law Office of Toni White
P.O. Box 1068
Placerville CA 95667
Tel (530) 885-6244
Attorney for Eliza Paulette Cortez Ramirez

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZA PAULETTE CORTEZ RAMIREZ,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, ET AL,<br><br>Respondents. | Case No.: 1:26-cv-1891 TLN EFB (HC)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING HABEAS PETITION (ECF NO. 1)** |

Petitioner Eliza Ramirez, by and through her counsel of record, Toni White, and Respondents by and through their counsel of record, Charles Campbell, stipulate as follows and jointly request that the Court order the petition filed by Ms. Ramirez on March 9, 2026 at ECF No. 1 be dismissed. The parties stipulate as follows:

1. Ms. Ramirez contacted her undersigned counsel, Toni White, and left a message indicating that she wished to have her petition dismissed so that she may be deported.

2. The undersigned counsel scheduled an interpreter and legal call for July 22, 2026 to discuss the matter with Ms. Ramirez.

3. Ms. Ramirez, the undersigned defense counsel, and CJA court certified Spanish language interpreter Mauri Fitzgibbon spoke with Ms. Ramirez today.

4. Ms. Ramirez confirmed that she wishes to be deported and to have the habeas corpus petition that she filed in this matter be dismissed.

IT IS SO STIPULATED.

Dated: July 22, 2026

ERIC GRANT
United States Attorney

By: */s/ Charles Campbell*
CHARLES CAMPBELL
Assistant U.S. Attorney
For Respondents

Dated: July 22, 2026

By: */s/ Toni White*
TONI WHITE
For Petitioner
Eliza Ramirez

**~~[PROPOSED]~~ O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: July 30. 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE